# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

LYNN FERNANDO,

    Plaintiff,

vs.

MORTGAGEIT; *et al.*,

    Defendants.

Case No.  2:11-cv-01352-JCM-GWF

**ORDER**

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order.  The Complaint (#1) in this matter was filed August 19, 2011.  Defendant Mortgage IT, Inc. filed a Motion to Dismiss (#8) on September 21, 2011.  Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order.  To date, the parties have not complied.  Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **November 28, 2011** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 14th day of November, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge