# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LYNN FERNANDO,<br><br>    Plaintiff,<br><br>vs.<br><br>MORTGAGEIT; *et al.*,<br><br>    Defendants. | Case No.  2:11-cv-01352-JCM-GWF<br><br>**ORDER** |

This matter is before the Court on the parties' failure to file a stipulated Discovery Plan and Scheduling Order.  On November 14, 2011, the Court ordered that the parties file the stipulated Discovery Plan and Scheduling Order on or before November 28, 2011 (Order #25).  To date, the parties have failed to comply.  Accordingly,

**IT IS ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order no later than **December 16, 2011**.  Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 6th day of December, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge