WRIGHT, FINLAY & ZAK, LLP
Robin Prema Wright, Esq.
Nevada Bar No. 009296
Donna M. Osborn, Esq.
Nevada Bar No. 006527
5532 South Fort Apache Road, Suite 110
Las Vegas, NV 89148
(702) 475-7964; Fax: (702) 946-1345
rwright@wrightlegal.net
dosborn@wrightlegal.net
*Attorneys for Defendants,*
*Mortgage Electronic Registration Systems, Inc.,*
*OneWest Bank, FSB and Deutsche Bank National Trust Company, as trustee of the IndyMac*
*Indx Mortgage Trust 2006-AR4, Mortgage Pass Through Certificates, Series 2006-AR4*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LYNN FERNANDO<br><br>Plaintiff,<br><br>vs.<br><br>MORTGAGE IT; MORTGAGE ELECTRONIC REGISTRATION SYSEMS, INC.; FIRST AMERICAN TITLE COMPANY OF NEVADA, MTDS, INC. dba MERIDIAN TRUST DEED SERVICE; DEUTSCHE NATIONAL TRUST COMPANY, as trustee of the INDYMAC INDX MORTGAGE TRUST 2006-AR4, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-AR4 under the POOLING AND SERVICING AGREEMENT dated March 1, 2006 by ONEWEST BANK, FSB, as attorney in fact; DOES I through X and ROES CORPORATION I through X,<br><br>Defendants. | Case No.: 2:11-cv-01352-JCM-GWF<br><br>**ORDER GRANTING DEFENDANTS MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ONEWEST BANK, FSB and DEUTSCHE BANK NATIONAL TRUST COMPANY, as trustee of the INDYMAC INDX MORTGAGE TRUST 2006-AR4, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-AR4 EX PARTE MOTION TO EXPUNGE LIS PENDENS** |

Defendant, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), ONEWEST BANK, FSB and DEUTSCHE BANK NATIONAL TRUST

COMPANY, as trustee of the INDYMAC INDX MORTGAGE TRUST 2006-AR4, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-AR4 ("DEUTSCHE") (herein referred to as "Defendants") move to Expunge the Lis Pendens (and Notice of Lis Pendens) in this matter as the Complaint on which it is based was dismissed pursuant to Federal Rules of Civil Procedure 8(a), 9(b), and 12(b) for failure to state a claim upon which relief can be granted(Docket No. 53).

Although Plaintiff's Complaint was dismissed (Docket No. 53), pending before the Court is Defendant's, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE INDYMAC INDX MORTGAGE LOAN TRUST 2004-AR8, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-AR8 UNDER THE POOLING AND SERVICING AGREEMENT DATED SEPTEMBER 1, 2004 ("DEUTSCHE") (herein referred to as "Defendant") Ex Parte Motion to Expunge Lis Pendens.  The Court having reviewed the pleadings and papers on file, the Court being fully advised in the premises, and good cause appearing therefore:

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that any Pendency of Action or Lis Pendens recorded on October 12, 2011 as 201110120002123 by the Plaintiff in the Official Records of Clark County Nevada in association with this action on the subject property at 4234 Thunder Twice Street, Las Vegas, Nevada 89129 APN 138-03-310-019; legally described as:

> LOT 234 IN BLOCK A OF MAYFIELD UNIT 4A AS SHOWN BY MAP THEREOF ON FILE IN BOOK 109 OF PLATS, PAGE 29, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA .

pursuant to NRS 14.015 and it shall have from this day forward have no force or effect.

///
///
///
///

**IS FURTHER ORDERED, ADJUDGED AND DECREED** that pursuant to NRS 14.015(5), Plaintiff shall record a copy of this Order or other appropriate notice) cancelling the Notices of Pendency of Action or Lis Pendens, with the Clark County Recorder's Office within five business days of its entry, and if there is a failure to do so, any party may record a copy of this Order.

DATED May 9, 2012.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully Submitted By:

WRIGHT, FINLAY & ZAK, LLP

_____
Donna M. Osborn, Esq.
Nevada Bar No. 6527
5532 South Fort Apache Road, Suite 110
Las Vegas, NV 89148
*Attorneys for Defendants,*
*Mortgage Electronic Registration Systems, Inc.,*
*OneWest Bank, FSB and Deutsche Bank National*
*Trust Company, as trustee of the IndyMac Indx*
*Trust 2006-AR4, Mortgage Pass Through*
*Certificates, Series 2006-AR4*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP; that service of the foregoing **ORDER GRANTING DEFENDANTS MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ONEWEST BANK, FSB and DEUTSCHE BANK NATIONAL TRUST COMPANY, as trustee of the INDYMAC INDX MORTGAGE TRUST 2006-AR4, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-AR4 EX PARTE MOTION TO EXPUNGE LIS PENDENS** was made on the 2nd day of May, 2012, by electronic service to all parties and counsel as identified on the Court-generated Notice of Electronic Filing.

_____
An Employee of WRIGHT, FINLAY & ZAK, LLP